# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153906

*In re* CM and AM, Minors.

SC: 153906
COA: 322913
Mackinac CC Family Division:
2012-006082-NA

_____/

On order of the Court, the application for leave to appeal the April 7, 2016 judgment and May 23, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals. The Court of Appeals erred by reading this Court's October 28, 2015 remand order as "calling for a decision on the merits regardless of any such procedural concerns." We further REMAND this case to the Court of Appeals to reconsider Mackinac County's motion to intervene. If the Court of Appeals grants the motion to intervene, it shall then permit the filing of Mackinac County's motion for reconsideration. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk

s1122